# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARIA D. GREGORY, (F/K/A RIVERA),
Appellant,

vs.

JAIME B. RIVERA,
Respondent.

No. 71489

FILED

FEB 21 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:     Hon. Rebecca Burton, District Judge, Family Court Division
        Lansford W. Leavitt, Settlement Judge
        Piroozi Law Group, PLLC
        Hofland & Tomsheck
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

17-05949